HONORABLE RNC ctrl/cvtrial (October 17, 2001)

TOTAL TIME: 6 hours 40 minutes   DEPUTY CLERK F Basile / L. Kunofsky   RPTR/ERO/TAPE Terri Fidan

DATE 1-26-04   START TIME 10:45   END TIME 5:15
LUNCH RECESS FROM 12:25 TO 1:15
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Porcelen Ltd          CIVIL NO. 3:00cv994       Gary Sklaver
                                §                Irving Perlmutter
                                §                Plaintiffs Counsel
  vs.                           §   ☐ SEE ATTACHED CALENDAR FOR COUNSEL
GFG Corp                        §                Michael Coffery
Genloa + Derlan Ind.            §                Defendants Counsel
                                                 William O'Donnell

## CIVIL JURY/COURT TRIAL

☐ ........         Jury of _____ report (see attached) ☐ Jury sworn
☐ ........         ☐ (jytrl./h) Jury Trial held   ☐ (jytrl./set) Jury Trial continued until _____ at _____
☑ ........         ☑ (ctrl./h) Court Trial held   ☑ (ctrl./set) Court Trial continued until 1-27-04 at 9:30
☐ ctrlconc .       Court Trial concluded  ☐ DECISION RESERVED  ☐ SEE reverse for verdict
☐ ....#_           Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#_           Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#_           Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#_           Motion _____  ☐ granted ☐ denied ☐ advisement
☐ oralm.....       Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ oralm.....       Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ oralm.....       Oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ oralm.....       Oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ........         _____  ☐ filed ☐ docketed
☐ ........         _____  ☐ filed ☐ docketed
☐ ........         _____  ☐ filed ☐ docketed
☐ ........         _____  ☐ filed ☐ docketed
☐ ........         _____  ☐ filed ☐ docketed
☐ ........         _____  ☐ filed ☐ docketed
☐ ........         _____  ☐ filed ☐ docketed
☐ ........         ☐ Plaintiff(s) rests  ☐ Defense rests
☐ ........         Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ ........         ☐ Summation held  ☐ Court's Charge to the Jury
☐ ........         All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
☐ ........         Jury commences deliberations at _____
☐ ........         Court orders Jury to be fed at Govt. expense (see attached bill)
☐ ........         SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)