CT/cvtrial (October 17, 2001)

HONORABLE _Chatigny_
DEPUTY CLERK _L. Kunofsky_   RPTR/ERO/TAPES _Lamoureux_

TOTAL TIME: _6_ hours _10_ minutes

DATE _1-28-04_   START TIME _11:00_   END TIME _5:50_
LUNCH RECESS FROM _1:25_ TO _2:05_
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Porcelen, Ltd._

CIVIL NO. _3:00CV994(RNC)_

§
§
§   ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

vs.

_GFG Corp., et al_

_Irving Perlmutter_
_Gary Sklaver_
Plaintiffs Counsel

_Michael Coffey_
_William O'Donnell_
Defendants Counsel

### CIVIL JURY/COURT TRIAL

☐ ........ Jury of ____ report (see attached) ☐ Jury sworn
☐ ........ ☐ (jytrl./h) Jury Trial held  ☐ (jytrl./set) Jury Trial continued until _1-29-04_ at _9:30_
☑ ........ ☑ (ctrl./h) Court Trial held  ☑ (ctrl./set) Court Trial continued until _____ at _____
☐ ctrlconc . Court Trial concluded  ☐ DECISION RESERVED  ☐ SEE reverse for verdict
☐ ....#__ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....#__ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....#__ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....#__ Motion _____ ☐ granted ☐ denied ☐ advisement
☑ oralm ..... _D's_ Oral Motion _for Directed Verdict_ ☐ granted ☐ denied ☑ advisement
☐ oralm ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm ..... Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm ..... Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed

☑ ........ ☑ Plaintiff(s) rests  ☐ Defense rests
☐ ........ Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ ........ ☐ Summation held  ☐ Court's Charge to the Jury
☐ ........ All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
☐ ........ Jury commences deliberations at _____
☐ ........ Court orders Jury to be fed at Govt. expense (see attached bill)
☐ ........ SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)