CT/cvtrial (October 17, 2001)

HONORABLE **Chatigny**
DEPUTY CLERK **L. Kunofsky**    RPTR/PRO/TAPE **Thea Finkelstein**

TOTAL TIME: **6** hours **40** minutes

DATE **1-27-04**    START TIME **9:40**    END TIME **5:15**
LUNCH RECESS FROM **12:50** TO **1:45**
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Porcelen, Ltd**    CIVIL NO. **3:00CV994(RNC)**    **Irving Perlmutter**
                                                     **Gary Sklaver**
                                                     Plaintiffs Counsel

vs.

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**GFY Corp, et al**    **Michael Coffey**
                       Defendants Counsel
                       **William O'Donnell**

### CIVIL JURY/COURT TRIAL

☐ Jury of _____ report (see attached) ☐ Jury sworn
☐ (jytrl./h) Jury Trial held ☐ (jytrl./set) Jury Trial continued until _____ at _____
☑ (ctrl./h) Court Trial held ☑ (ctrl./set) Court Trial continued until **1-28-04** at **9:30**
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement

_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)