CT/cvtrial (October 17, 2001)

HONORABLE **Chatigny**
DEPUTY CLERK **L. Kunofsky**   (RPTR)/ERO/TAPE **Barbara Scott Falzarano Court Reporters**

TOTAL TIME: **6** hours **30** minutes

DATE **1-29-04**   START TIME **9:40**   END TIME **4:50**
LUNCH RECESS FROM **1:00** TO **1:45**
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Porcelen, Ltd.**

CIVIL NO. **3:00CV994(RNC)**

vs.

**GFG Corp, et al.**

**Irving Perlmutter**
**Gary Sklaver**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL
**Michael Coffey**
Defendants Counsel
**William O'Donnell**

### CIVIL JURY/COURT TRIAL

☐ Jury of ___ report (see attached) ☐ Jury sworn
☐ (jytrl./h) Jury Trial held  ☐ (jytrl./set) Jury Trial continued until ___ at ___
☑ (ctrl./h) Court Trial held  ☑ (ctrl./set) Court Trial continued until **1-30-04** at **9:30**
☐ Court Trial concluded  ☐ DECISION RESERVED  ☐ SEE reverse for verdict

Motion ____ ☐ granted ☐ denied ☐ advisement
Motion ____ ☐ granted ☐ denied ☐ advisement
Motion ____ ☐ granted ☐ denied ☐ advisement
Motion ____ ☐ granted ☐ denied ☐ advisement
Oral Motion ____ ☐ granted ☐ denied ☐ advisement
Oral Motion ____ ☐ granted ☐ denied ☐ advisement
Oral motion ____ ☐ granted ☐ denied ☐ advisement
Oral motion ____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (×7)

☐ Plaintiff(s) rests  ☑ **Defendant and Third-Party Defendant Rest.**
Briefs due: ☐ Pltf ____ Deft ____ Reply ____
☐ Summation held  ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at ____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)