CT/cvtrial (October 17, 2001)

HONORABLE **Chatigny**
DEPUTY CLERK **L. Kunofsky**   RPTR/ERO/TAPE **Barbara Scott Falzarano Reporting Srvcs.**

TOTAL TIME: **2** hours **20** minutes

DATE **1-30-04**   START TIME **10:00**   END TIME **1:00**
LUNCH RECESS FROM _____ TO _____
RECESS FROM **11:50** TO **12:30**   (if more than 1/2 hour)

**Porcelen, Ltd.**   CIVIL NO. **3:00CV994(RNC)**

vs.

**GFG Corp, et al.**

**Irving Perlmutter**
**Gary Sklaver**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Michael Coffey**
Defendants Counsel
**William O'Donnell**
(Third-party Defendant)

### CIVIL JURY/COURT TRIAL

☐ Jury of _____ report (see attached)  ☐ Jury sworn
☐ (jytrl./h) Jury Trial held  ☐ (jytrl./set) Jury Trial continued until _____ at _____
☑ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until _____ at _____
☑ ctrlconc  Court Trial concluded  ☐ DECISION RESERVED  ☑ SEE reverse for verdict

☐ # ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ oralm Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ oralm Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ oralm Oral motion _____   ☐ granted ☐ denied ☐ advisement
☐ oralm Oral motion _____   ☐ granted ☐ denied ☐ advisement

☐ _____   ☐ filed ☐ docketed
☐ _____   ☐ filed ☐ docketed
☐ _____   ☐ filed ☐ docketed
☐ _____   ☐ filed ☐ docketed
☐ _____   ☐ filed ☐ docketed
☐ _____   ☐ filed ☐ docketed
☐ _____   ☐ filed ☐ docketed

☐ Plaintiff(s) rests  ☐ Defense rests
☑ Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☑ Summation held  ☐ Court's Charge to the Jury
☐ All full exhibits, ☐ Verdict Form handed to the jury  ☐ Interrogatories to the Jury handed to the jury
☐ Jury commences deliberations at _____
☐ Court orders Jury to be fed at Govt. expense (see attached bill)
☐ SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)

## VERDICT

☐ . . . . . . . .    Court declares MISTRIAL

☐ jyv . . . . . . .    Verdict Form filed

☑ . . . . . . . .    VERDICT: _for defendants_

☐ . . . . . . . .    Court accepts verdict and orders verdict verified and recorded

☐ . . . . . . . .    Jury polled

## MISCELLANEOUS PROCEEDINGS