# United States District Court

DISTRICT OF _____

Porcelen, Ltd.
v.
GFG Corp., et al.

**Plaintiff's WITNESS LIST**

CASE NUMBER: 3:00CV994 (RNC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chatigny | Perlmutter, Sklover | Coffey, O'Donnell |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 1-26, 2004 | T. Fidanze | R. Kinofsky |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 1-26-04 |  |  | Robert Goodman, East Haven, CT |
| 2 |  | " |  |  | Mark Schwartz, Moreland Hills, Ohio |
| 3 |  | " |  |  | Michael Karl, Clinton, CT |
|  |  | 1-27-04 |  |  | Robert Goodman, East Haven, CT |
| 4 |  | " |  |  | Donald Judd, Columbia, South Carolina |
| 5 |  | " |  |  | Michael Walsh, Hamden, CT |
|  |  | 1-28-04 |  |  | Michael Walsh, Hamden, CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages