*Porcelen, Ltd.*
*v.*
*GFG Corp., et al.*

*3:00CV994 (RNC)*

*2004 JAN 30 P 1:36*

*HARTFORD, CT.*

training. Mr. Orzechowski will also testify that he was the only Porcelen employee qualified to run the Plaintiff's coil coating line, and that upon his departure, no one at Porcelen was qualified to run the coil coating line.

It is estimated that Mr. Orzechowski's testimony will last two hours.

**11.    EXHIBITS**

    A.    <u>Plaintiff's Exhibits</u>

*1-26-04 full* 1.   Proposal W69614-3 dated May 13, 1997 from GFG Corporation to Porce-Len to Coil Coating Equipment: 20" Coating Line .020 x 20" x 70 FPM

" *full* 2.   Letter dated June 2, 1997 from the Plaintiff to the Defendant GFG confirming acceptance of the GFG proposal with signed Guarantee of Defendant Derlan Industries

" *full* 3.   GFG invoices for equipment

" *full* 4.   GFG invoices for supervision of installation and start up and training

" *full* 5.   Manual for Coil Coating Equipment

" *full* 6.   Operator's Manual, Thermalert T30 Series, Raytek Noncontact Temperature Measurement

*1-26-04 full 7- Flow Process*
*1-26-04 full 7-1* Photos and plan of the Coil Coating Line; *7-2; 7-3; 7-4; 7-5; 7-6; 7-7; 7-8; 7-9; 7-10; 7-11; 7-12; 7-14; 7-15;*

" *full* 8.   Samples of the Metal Coil prior to the application of any coatings

" *full* 9.   Samples of the Metal Coil after the application of coatings

" *full* 10.  Samples of finished cookware products produced from coated metal coil.

27

1-27-04 full 11. Sample of recipe for coating

1-28-04 full 12. Memo from Gary Metzger of BGK to Bob Goodman of Porce-Len dated April 6, 1998 regarding startup issues

" " 13. Memo from Gary Metzger of BGK to Bob Goodman of Porcelen dated April 7, 1998

1-27-04 full __. Memo from Tim Pankow to Alan Roehrig, Tom Teichen and Scott Dusel

1-27-04 full 16. Memo from Tim Pankow to Alan Roehrig, Scott Dusel, Mike Hakes; Tom Teichen and Qcomp - Jeff Kamin - sent July 7, 1998

16. Sample of damaged piece of coil with coatings

1-27-04 full 17. Quality control test data from February 23, 1999

1-28-04 full 18. Memo from Tim Pankow to Mike Hakes and Scott Dusel sent February 24, 1999

1-27-04 full __. Memo from Tim Pankow to Scott Dusel sent February 25, 1999 at 11:11 a.m.

1-28-04 full 20. Memo from Tim Pankow to Scott Dusel sent February 25, 1999 at 12:52 p.m.

1-26-04 full 21. Fax dated March 9, 1999 from GFG to Mike Walsh at Porcelen with information on test instrument

22. Handheld Pyrometer used by Porcelen with operating manual

1-26-04 full 23. Letter dated April 22, 1999 from Porcelen to GFG Corporation regarding burnt paint problem

1-26-04 full 24. Letters dated April 26, 1999 and May 18, 1999 from GFG Corporation to Bob Goodman of Porcelen responding to April 22, 1999 letter

*1-26-04 full* 25. Letter dated May 14, 1999 from Porcelen to GFG

" *full* 26. Letter dated June 7, 1999 from GFG to Robert Goodman of Porcelen

" *full* 27. Letter dated May 25, 2000 from Porcelen to Alan Roehrig, GFG Corporation

" *full* 28. Letter dated May 30, 2000 from Alan Roehrig of Gencoat to Robert Goodman

*1-26-04 full* 29. Document evidencing acquisition costs of rolled steel coil which was rendered unusable

OBJECTION: Foundation, relevance, authenticity

30. Document evidencing cost of coatings used on coil which was rendered unusable

OBJECTION: Foundation, relevance, authenticity

*1-28-04 full* 31. Document evidencing value of time and labor spent splitting, blanks, etc. with respect to the coil which was rendered unusable

OBJECTION: Foundation, relevance, authenticity

32. Statement by Stanley Orzechowski as to training received

OBJECTION: Hearsay, authenticity

33. Memo from Hans Melgaard Jr. of GFG to Rick Ganyo of BGK dated July 16, 1997

34. Flow Chart showing operation of the coil coating line

*1-27-04 full* 35. Deposition Transcript of Stanley ORZECHOWSKi
*1-27-04 full* 36. Metal Strip (test strip)
*1-28-04 ID* 37. T Bend Tests

*all pltf's exhibits ret'd*
*1-30-04* [signature]

29