AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

_____ DISTRICT OF _____

Porcelen, Ltd.
v.
GFG Corp, et al

**Defendant + Third Pty Defendant WITNESS LIST**

CASE NUMBER: 3.00CV994 (RNC)

| PRESIDING JUDGE Chatigny | PLAINTIFF'S ATTORNEY Perlmutter, Blumen | DEFENDANT'S ATTORNEY Coffey O'Donnell |
|---|---|---|
| TRIAL DATE(S) 2004 1-26 | COURT REPORTER T. Fidanze, | COURTROOM DEPUTY R. Rumpsky |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 1-28-04 | | | Jacob Smith Circle Pines Minnesota |
| | 2 | 1-29-04 | | | Scott Dusel, Waukesha, Wisconsin |
| | 3 | " | | | Jeffery Hofer O'Rauchee, Wisconsin |
| | 4 | " | | | Allen Warkley Rayford, North Carolina |
| | 5 | " | | | Hans J Schneider, Sunrise Beach, Texas |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages