Porcelen, Ltd.
v.
GFG, Corp., et al.

3:00CV994(RNC)

FILED

2004 JAN 30 P 1:37

B. **Defendants' Exhibits**; Third Party Defendants
   Exhibit List U.S. DISTRICT COURT
                 HARTFORD, CT.

1. Raytek Operator's Manual – Thermalert T30 Series

1-27-04 /full/ 2. 6/1/99 memo from Rick Ganyo to Scott Dusel

3. 6/7/99 letter from Alan Roehrig to Robert Goodman

4. 7/16/97 letter from Hans Melgaard to Rick Ganyo

5. 2/25/99 (11:11 a.m.) e-mail from Tim Pankow to Scott Dusel

6. 2/25/99 (12:52 p.m.) e-mail from Tim Pankow to Scott Dusel

1-27-04 /full/ 7. Stanley Orzechowski day planner (1/5/98-4/26/98)

8. 2/23/99 Quality Control reports

9. 3/9/99 memo from Mike Hakes to Mike Walsh re: test instruments

10. 2/24/99 (1:51 p.m.) e-mail from Tim Pankow to Mike Hakes and Scott Dusel

1-27-04 /full/ 11. 7/18/97 Purchase Order Specification for BGK Corporation

1-27-04 /full/ 12. 5/6/98 ITW BGK Invoice

13. 5/30/00 letter from Alan Roehrig to Robert Goodman

1-27-04 /full/ 14. 8/3/00 letter from Bruce Martino to Stephen Taylor

15. 5/25/00 letter from Robert Goodman to Alan Roehrig

16. 5/14/99 letter from Robert Goodman to Alan Roehrig

17. 4/26/99 letter from Scott Dusel to Bob Goodman

30

| | | |
|---|---|---|
| | 18. | 4/22/99 letter from Robert Goodman to Scott Dusel |
| | 19. | 6/2/97 letter from Robert Goodman to GFG Corporation accepting proposal |
| | 20. | 7/7/98 e-mail from Tim Pankow to Alan Roehrig, Scott Dusel, Mike Hakes, Tom Teichen, Qcomp-Jeff Kamin |
| 1-27-04 full | 21. | 3/29/99 ITW BGK Service Report by Jake Smith |
| 1-27-04 full | 22. | 6/1/99 ITW BGK fax from Rick Ganyo to Scott Dusel |
| ID | 23. | 4/30/01 Report by Richard Ganyo |
| 1-27-04 full | 24. | 4/23/01 Report by Hans Schneider |
| | 25. | 4/7/98 BGK fax from Gary Metzger to Bob Goodman |
| 1-27-04 full | 26. | 4/10/98 BGK fax from Gary Metzger to Mike Hakes |
| | 27. | 5/18/99 letter from Scott Dusel to Bob Goodman |
| 1-27-04 full | 28. | 4/9/98 handwritten notes on John Henry Foster, Minnesota, Inc. letterhead (6 pages) |
| 1-27-04 full | 29. | 4/6/98 ITW BGK Service Report by William Thompson |
| 1-27-04 full | 30. | Equipment Safety Guidelines – BGK Oven System |
| " " | 31. | 6/5/97 ITW BGK order form |
| " " | 32. | 3/19/97 BGK "Number Q6433" |
| " " | 33. | 9/24/97 Trip Report from Hans Melgaard to Gary Metzger |
| " " | 34. | 7/22/97 GFG Purchase Order |

31

1-27-04 / full 35.    O. James Weekley Consulting Agreement

1-27-04 / full 36.    Finishing Systems Specialists, Inc. Daily Reports (6/29/98 – 7/2/98)

1-27-04 / full

" " 37.    7/4/98 letter from O. James Weekley to Bob Goodman

" " 38.    8/19/98 handwritten notes of Lou Hamilton

" " 39.    12/8/98 handwritten notes of Lou Hamilton

" " 40.    1/28/99 handwritten notes of Lou Hamilton

" " 41.    6/24/98 letter from O. James Weekley to Bob Goodman

" " 42.    6/30/98 handwritten notes by O. James Weekley

" " 43.    Finishing Systems Specialists, Inc. Operating Manual "Notebook"

" " 44.    Whitford Corporation Material Safety Data Sheets

" " 45.    Dupont Material Safety Data Sheets

" " 46.    Porcelen, Inc. Recipe Controls

" " 47.    7/17/97 ITW BGK fax from Rick Ganyo to Hans Melgaard

48.    4/6/98 BGK fax from Gary Metzger to Bob Goodman

1-27-04 / full 49.    4/7/98 BGK fax from Gary Metzger to Bob Goodman

" " 50.    4/10/98 BGK fax from Gary Metzger to Mike Hakes

" " 51.    Q-Comp Technologies, Inc. Invoice

" " 52.    7/23/98 Porcelen, Inc. Recipe Control

1-27-04 full  53.   Porcelen, Inc. Modified Recipes

"        "  54.   7/16/97 memo from Hans Melgaard to Rick Ganyo

"        "  55.   3/28/00 letter from Mike Hakes to Porcelen, Inc. Specrail

"        "  56.   3/30/00 letter from Mike Hakes to Porcelen, Inc. Specrail

57.   5/4/00 letter from Mike Hakes to Porcelen, Inc. Specrail

58.   5/13/97 GFG Proposal W69614-3

1-27-04 full  59.   5/25/00 letter from Robert Goodman to Alan Roehrig

"        "  60.   5/18/99 letter from Scott Dusel to Gary Metzger

"        "  61.   5/19/99 letter from Alan Roehrig to Bob Goodman

"        "  62.   7/27/98 (10:05 a.m.) e-mail from Jeff Kamin to Scott Dusel

63.   4/27/98 (8:16 a.m.) e-mail from Tim Pankow to Alan Roehrig, Tom Teichen and Scott Dusel

64.   Documents regarding the consulting work provided and recommendations made By O. James Weekley

65.   GFG documents regarding the Porcelen project from conception until after date of alleged loss

66.   ITW/BGK documents regarding the Porcelen project from conception until after date of loss

67.   Porcelen documents regarding the Porcelen project from conception until after date of alleged loss

*all Defendants exhibits rec'd 1-30-04* [signature]

33