UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PORCELEN, LTD., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.  3:00CV994 (RNC) |
| | : | |
| GFG. CORPORATION, and DERLAN | : | |
| INDUSTRIES, LTD., | : | |
| | : | |
| Defendants, | : | |
| | : | |
| v. | : | |
| | : | |
| ITW BGK, | : | |
| | : | |
| Third-Party Defendant. | : | |

<u>JUDGMENT</u>

This action having come on for trial before the Honorable Robert N. Chatigny,

United States District Judge, presiding and

The issues having been tried and, the court having orally rendered a verdict

in favor of the defendants and the third-party defendant, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby

entered in favor of the defendants and the third-party defendant.

Dated at Hartford, Connecticut, this 30th day of January 2004.

KEVIN F. ROWE, Clerk


By _____/s/lik_____

Linda I. Kunofsky
Deputy Clerk

EOD _____