UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PORCELEN, LTD., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 3:00CV994 (RNC) |
| | : | |
| GFG. CORPORATION, and DERLAN INDUSTRIES, LTD., | : | |
| | : | |
| Defendants, | : | |
| | : | |
| v. | : | |
| | : | |
| ITW BGK, | : | |
| | : | |
| Third-Party Defendant. | : | |

## JUDGMENT

This action having come on for trial before the Honorable Robert N. Chatigny, United States District Judge, presiding and

The issues having been tried and, the court having orally rendered a verdict in favor of the defendants and the third-party defendant, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants and the third-party defendant.

Dated at Hartford, Connecticut, this 30th day of January 2004.

KEVIN F. ROWE, Clerk

By     /s/lik
     Linda I. Kunofsky
     Deputy Clerk

EOD _____